John P. LEO

v.

MARO DISPLAY, INC.

No. 79–217–Appeal.

Supreme Court of Rhode Island.

Dec. 13, 1979.

Charles H. McLaughlin, Providence, for appellant.

Paul A. Lietar, Providence, for appellee.

ORDER

The employer's motion to affirm the judgment of the Full Commission pursuant to Rule 16(g) is assigned to the motion calendar for Thursday, February 7, 1980 at 9:30 a. m.

DORIS, J., did not participate.

In the Matter of NORMA M.

No. 79–461–M.P.

Supreme Court of Rhode Island.

Dec. 13, 1979.

Stephen C. Bridge, Asst. Public Defender, for petitioner.

Chester Lupton, Legal Counsel, Child Welfare Services, Providence, for respondents.

ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.

In the Matter of NORMA M.

No. 79–462–M.P.

Supreme Court of Rhode Island.

Dec. 13, 1979.

Stephen C. Bridge, Asst. Public Defender, for petitioner.

Chester Lupton, Legal Counsel, Child Welfare Services, for respondents.

ORDER

The petition for writ of habeas corpus is denied.

DORIS, J., did not participate.

PROVIDENCE TEACHERS' UNION LOCAL 958, AMERICAN FEDERATION OF TEACHERS

v.

PROVIDENCE SCHOOL COMMITTEE.

No. 79–236–Appeal.

Supreme Court of Rhode Island.

Dec. 13, 1979.

Abedon, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik, Providence, for plaintiff.

Vincent J. Piccirilli, Providence, for defendant.